IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAEL SPEIGHTS,

    Petitioner,

v.

PETER HUIBREGTSE, Warden,
Wisconsin Secure Program Facility,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-517-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing petitioner Jael Speight's petition for writ of habeas corpus with prejudice.

By: _____ Chief Deputy Clerk _____ 10-29-09
    Peter Oppeneer, Clerk of Court      Date